1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                 * * *
9    BILL LIETZKE                        Case No. 3:17-cv-00075-MMD-VPC

10                          Plaintiff,    ORDER ACCEPTING AND ADOPTING
                                          REPORT AND RECOMMENDATION OF
11        v.                              MAGISTRATE JUDGE
     CITY OF MONTGOMERY, et al.,              VALERIE P. COOKE
12
                           Defendants.
13

14          Before the Court is the Report and Recommendation of United States Magistrate

15   Judge Valerie P. Cooke (ECF No. 4) ("R&R") relating to Plaintiff's Application to Proceed

16   In Forma Pauperis (ECF No. 1) and pro se complaint (ECF No. 1-1). Plaintiff had until

17   April 21, 2017 to file an objection ("Objection").  (ECF No. 4.)  Plaintiff filed his objection

18   on April 28, 2017.  (ECF No. 5.)  While Plaintiff's Objection was untimely, the Court has

19   considered his objection.

20          This Court "may accept, reject, or modify, in whole or in part, the findings or

21   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

22   timely objects to a magistrate judge's report and recommendation, then the court is

23   required to "make a de novo determination of those portions of the [report and

24   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). In light of Plaintiff's

25   objection, the Court engages in a de novo review to determine whether to adopt

26   Magistrate Judge Cook's Recommendation.

27          The Magistrate Judge recommends that the Court grant Plaintiff's application to

28   proceed in forma pauperis.  The Magistrate Judge further recommends that this case be

dismissed for lack of personal jurisdiction because plaintiff and defendants are alleged to be residents of Alabama and there are no allegations of contacts with Nevada. In his Objection, Plaintiff cites to general case law governing personal jurisdiction, but it is clear that this Court lacks personal jurisdiction over named out of state defendants. Upon reviewing the Recommendation and Plaintiff's filings, this Court finds good cause to adopt the Magistrate Judge's Recommendation in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Valerie P. Cooke (ECF No. 4) is accepted and adopted in its entirety.

It is ordered that Plaintiff's motion to proceed *in forma pauperis* (ECF No 1) is granted.

It is further ordered that the Clerk file the Complaint (ECF No. 1-1).

It is further ordered that the complaint is dismissed without prejudice.

The Clerk is instructed to close this case.

DATED THIS 28th day of April 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE